IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-31053 |
| SHANAE DENISE POTTS | ) | S.S.# xxx-xx-3642 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

**PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS**

Comes now, Rebecca Hoyt Fischer, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-captioned Debtor(s), having been appointed on or about 06/26/2020.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor(s) and adopt the same as my preliminary inventory; specifically, I anticipate receiving funds from Debtor(s) non-exempt 2020 federal and state tax refunds and garnishment recovery and preference recovery.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated: July 30, 2020
/s/ Rebecca H. Fischer
Bar No. 10537-72
LADERER & FISCHER, P.C.
525 E. Colfax Ave., Unit 101
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, a true and correct copy of the above and foregoing Application was served electronically through the court's ECF system upon the following parties:

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

TASHA REED OUTLAW
TREEDOUTLAW@UPRIGHTLAW.COM

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

SHANAE DENISE POTTS
1629 N. ADAMS ST
SOUTH BEND, IN 46628

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer