# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-31053-PES |
| | § | |
| SHANAE DENISE POTTS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Rebecca Hoyt Fischer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $750.00 | Assets Exempt: | $5,350.00 |
| Total Distributions to Claimants: | $2,578.40 | Claims Discharged Without Payment: | $43,861.93 |
| Total Expenses of Administration: | $7,589.46 | | |

3) Total gross receipts of $16,114.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,946.14 (see **Exhibit 2**), yielded net receipts of $10,167.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,589.46 | $7,589.46 | $7,589.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $35,655.00 | $36,096.33 | $36,096.33 | $2,578.40 |
| **Total Disbursements** | $35,655.00 | $43,685.79 | $43,685.79 | $10,167.86 |

4). This case was originally filed under chapter 7 on 06/26/2020. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/04/2022        By: /s/ Rebecca Hoyt Fischer
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2020 Tax Refund for current filing year and all years prior | 1124-000 | $7,851.31 |
| 2018 Hyundai Preference | 1129-000 | $7,500.00 |
| Checkingxxx6967 Chase Bank | 1129-000 | $156.72 |
| Garnishment Preference | 1241-000 | $605.97 |
| **TOTAL GROSS RECEIPTS** | | **$16,114.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SHANAE POTTS | Exemptions | 8100-002 | $5,946.14 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,946.14** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $1,766.79 | $1,766.79 | $1,766.79 |
| Claim Amount, Trustee | 2200-000 | NA | $243.61 | $243.61 | $243.61 |
| International Sureties Ltd | 2300-000 | NA | $1.36 | $1.36 | $1.36 |
| Pinnacle Bank | 2600-000 | NA | $72.70 | $72.70 | $72.70 |
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Laderer & Fischer, P.C., Attorney for Trustee | 3110-000 | NA | $4,565.00 | $4,565.00 | $4,565.00 |
| Auctioneer compensation, Auctioneer for Trustee | 3610-000 | NA | $245.00 | $245.00 | $245.00 |
| Bond fee, Auctioneer for Trustee | 3620-000 | NA | $200.00 | $200.00 | $200.00 |
| Car Fax report, | 3620-000 | NA | $20.00 | $20.00 | $20.00 |

| | | | | | |
|---|---|---|---|---|---|
| Auctioneer for Trustee | | | | | |
| Detailing fee, Auctioneer for Trustee | 3620-000 | NA | $125.00 | $125.00 | $125.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,589.46 | $7,589.46 | $7,589.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Heritage Acceptance Corporation | 7100-000 | $6,186.00 | $5,323.01 | $5,323.01 | $380.22 |
| 2 | Indiana Department of Revenue | 7100-000 | $0.00 | $1,560.75 | $1,560.75 | $111.49 |
| 3 | One Advantage | 7100-000 | $2,279.00 | $12,277.27 | $12,277.27 | $876.98 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $567.00 | $567.00 | $40.50 |
| 5 | AFS Acceptance LLC c/o | 7100-000 | $15,933.00 | $15,455.15 | $15,455.15 | $1,103.98 |
| 6 | National Credit Systems, Inc. | 7100-000 | $913.00 | $913.15 | $913.15 | $65.23 |
| | Convergent Outsourcing, Inc. | 7100-000 | $503.00 | $0.00 | $0.00 | $0.00 |
| | Creditors Protection S | 7100-000 | $260.00 | $0.00 | $0.00 | $0.00 |
| | LJ Ross Associates | 7100-000 | $335.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, LLC | 7100-000 | $2,257.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, LLC | 7100-000 | $1,522.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, LLC | 7100-000 | $1,366.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, LLC | 7100-000 | $746.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, LLC | 7100-000 | $746.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, LLC | 7100-000 | $574.00 | $0.00 | $0.00 | $0.00 |
| | One Advantage, | 7100-000 | $245.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | LLC |  |  |  |  |  |
|  | One Advantage, LLC | 7100-000 | $162.00 | $0.00 | $0.00 | $0.00 |
|  | One Advantage, LLC | 7100-000 | $1,628.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $35,655.00 | $36,096.33 | $36,096.33 | $2,578.40 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-31053-PES | | **Trustee Name:** | Rebecca Hoyt Fischer |
| **Case Name:** | POTTS, SHANAE DENISE | | **Date Filed (f) or Converted (c):** | 06/26/2020 (f) |
| **For the Period Ending:** | 2/4/2022 | | **§341(a) Meeting Date:** | 07/29/2020 |
| | | | **Claims Bar Date:** | 11/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2018 Hyundai Preference | $19,325.00 | $8,000.00 | | $7,500.00 | FA |
| **Asset Notes:**  lien avoided. Going to auction | | | | | |
| 2  3 bedroom home with furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 3  Everyday Clothing | $750.00 | $0.00 | | $0.00 | FA |
| 4  Checkingxxx6967 Chase Bank | $184.54 | $156.72 | | $156.72 | FA |
| 5  Security Deposit paid to Landlord Lizette | $750.00 | $750.00 | | $0.00 | FA |
| 6  2020 Stimulus Check deposited into Chase checking Verify | $2,700.00 | $0.00 | | $0.00 | FA |
| 7  EIC for current and all proceeding years Federal | Unknown | $0.00 | | $0.00 | FA |
| 8  2020 Tax Refund for current filing year and all years prior | Unknown | $9,952.00 | | $7,851.31 | FA |
| 9  Garnishment  Preference    (u) | $0.00 | $605.97 | | $605.97 | FA |
| **TOTALS (Excluding unknown value)** | $25,209.54 | $19,464.69 | | $16,114.00 | **Gross Value of Remaining Assets**  $0.00 |

**Major Activities affecting case closing:**

Ck 3012 is stale - emailed creditor re: payment address. Confirmed payment address is ok so reissued check and sent to them. - rjk

Distributed

NFR filed; notice c/o 9/10/21

TFR submitted

Per clerk sent to be signed July 12.

Tee fee order received; need atty

Replacement exemption check issued.

Filed Application for trustee & Attorney for Trustee Compensation and expenses.  ODD: 6.30.21

Sent debtor pro rata share ck for $5946.14

Federal Tax Refund in the amount of $8008.03. Need the returns to calculate.

Em to DA We received a check from the US Treasury in the amount of $8,008.03.  Please email the 2020 state and federal tax returns so we can calculate the estates share of the refund.
Your prompt attention in this matter is appreciated.

| Case No.: | 20-31053-PES | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|
| Case Name: | POTTS, SHANAE DENISE | Date Filed (f) or Converted (c): | 06/26/2020 (f) |
| For the Period Ending: | 2/4/2022 | §341(a) Meeting Date: | 07/29/2020 |
| | | Claims Bar Date: | 11/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Second tax return reminder letter sent to debtor(s).

Auction Funds received and Report of Sale filed with court. Requested release of bond.

Vehicle sold for 7,500. Report of sale drafted and in computer file for when we receive funds.

Set to go to sale January 27

Order to employ auctioneer and approve sale of car received.

both orders have been sent up

Tax return reminder letter sent to debtors.

Reviewed claims 1-6 and all allowed as filed.

Auctioneer bond received and forwarded to UST. Mail original to Colin May, 101 West Ohio Street, Suite 1000, Indianapolis, IN 46204

Filed Applic to employ auctioneer and mtn to sell vehicle. ODD: 1.6.2021  also paid the $188.00 fee on mtn to sell by Credit card and created an expense so we get reimbursed for it.

confirmed Auctioneer has possession of the car.

Debtor has not started job and has no insurance on vehicle.  RHF requested phone number to send to Butch to pick up car.

Got proof of insurance and that we are listed on the policy.

Compromise to RHF for review.

title received

722 approved refinancing for $6,000.

722 will not refinance.  Given Ms. Potts one week to get other financing or turnover car.

Judgment entered.

Default judgment filed in adversary.

Received insurance information - correct - good through 3/21.  Withdrew motion for turnover

Affidavit of default filed in adversary against AFS.

Emailed T. Reed for insurance update.

No insurance.  Per RHF file motion for turnover of car.  Drafted and to RHF for review.

Motion for turnover of car filed; notice c/o 10/6/20.

Debtor has advised she will not drive car until insurance is back on, sometime next week.

Per T. Reed - debtor will get proof over asap - has been ill. Gave her till the end of the week.

Preference demand received from Heritage in the amount of 605.97

Adversary filed, responses due by 9/21/20

Agreed order resolving exemption issue filed.

Preference demand sent to Heritage.  Responses due by 9/9/20.

Objection to exemptions, complaint (20-03030), appearance and motion to defer filing fee filed.  Agreed Order re: objection to exemptions to T. Reed.

Emailed DA - insurance expires 8/28 - need renewed confirmation.

Object to exemption in car drafted - to RHF for review.

| Case No.: | 20-31053-PES | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|
| Case Name: | POTTS, SHANAE DENISE | Date Filed (f) or Converted (c): | 06/26/2020 (f) |
| For the Period Ending: | 2/4/2022 | §341(a) Meeting Date: | 07/29/2020 |
| | | Claims Bar Date: | 11/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Adversary complaint drafted to AFS. Asked if I should file adversary against Heritage and if we need to object to exemption to car.

Amended C filed. Did not list EIC or Intang. part of tax refund correctly.

Atty emailed an insurance card on the 2018 Hyundai Santa Fe Through Progressive pal. insur. and the purchase agreement on this vehicle from Michiana Chrysler Dodge in Mishawaka with RIK Saved docs in Email folder.

Order to employ L& F

Filed Prem. Inventory Report and sent Electronic request for 2020 tax refund.

Filed Application to Employ L& F

Car preference. Emailed DA re: exemption issue. Preference demand letter sent - response due by 8/6/20. RHF emailed car lien holder also requesting date received by BMV. Tasha Reed will amend Sch C before 341 hearing.

2020 Tax Case. Need to Object to Exemptions.

| Initial Projected Date Of Final Report (TFR): | 09/01/2021 | Current Projected Date Of Final Report (TFR): | | /s/ REBECCA HOYT FISCHER |
|---|---|---|---|---|
| | | | | REBECCA HOYT FISCHER |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  Exhibit 9

| Case No. | 20-31053-PES | | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|---|
| Case Name: | POTTS, SHANAE DENISE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0358 | | Checking Acct #: | ******0333 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/26/2020 | | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 2/4/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2020 | (9) | Heritage Financial Group | Preference payment | 1241-000 | $605.97 | | $605.97 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.87 | $605.10 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.89 | $604.21 |
| 11/05/2020 | 3001 | International Sureties Ltd | portion of payment towards Blanket Bond# 01602870 11/3/20 - 11/3/21 | 2300-000 | | $1.36 | $602.85 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.86 | $601.99 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.89 | $601.10 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.89 | $600.21 |
| 02/02/2021 | | Greater Mishawaka Auto Auction | Proceeds from auction | * | $6,910.00 | | $7,510.21 |
| | {1} | | Gross sale price of car  $7,500.00 | 1129-000 | | | $7,510.21 |
| | | | Auctioneer compensation  $(245.00) | 3610-000 | | | $7,510.21 |
| | | | Detailing fee  $(125.00) | 3620-000 | | | $7,510.21 |
| | | | Bond fee  $(200.00) | 3620-000 | | | $7,510.21 |
| | | | Car Fax report  $(20.00) | 3620-000 | | | $7,510.21 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.75 | $7,500.46 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.14 | $7,489.32 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $10.77 | $7,478.55 |
| 05/24/2021 | | United States Treasury | Federal Tax Refund | * | $8,008.03 | | $15,486.58 |
| | {8} | | non-exempt tax refunds property of the estate  $1,905.17 | 1124-000 | | | $15,486.58 |
| | {4} | | exempt tax funds applied to non-exempt bank funds  $156.72 | 1129-000 | | | $15,486.58 |
| | {8} | | exempt tax funds to be returned to debtor  $5,946.14 | 1180-002 | | | $15,486.58 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.39 | $15,472.19 |
| 06/07/2021 | 3002 | Shanae Denise Potts | Pro rata share of tax refund - not received by debtor - stop payment issued. | 8100-003 | | $5,946.14 | $9,526.05 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $22.25 | $9,503.80 |
| 07/06/2021 | 3002 | STOP PAYMENT: Shanae Denise Potts | Pro rata share of tax refund | 8100-004 | | ($5,946.14) | $15,449.94 |

SUBTOTALS  $15,524.00  $74.06

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-31053-PES | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|
| Case Name: | POTTS, SHANAE DENISE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0358 | Checking Acct #: | ******0333 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/26/2020 | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 2/4/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2021 | 3003 | SHANAE POTTS | exempt tax funds - check no. 3002 was not received by debtor - this is a replacement check | 8100-002 | | $5,946.14 | $9,503.80 |
| 10/07/2021 | 3004 | Laderer & Fischer, P.C. | Account Number: ; Claim #: ; Amount Claimed: 4,565.00; | 3110-000 | | $4,565.00 | $4,938.80 |
| 10/07/2021 | 3005 | Rebecca Hoyt Fischer | Trustee Compensation Trustee Expenses | * | | $2,010.40 | $2,928.40 |
| | | | Claim Amount　　　　　　　　　　$(1,766.79) | 2100-000 | | | $2,928.40 |
| | | | Claim Amount　　　　　　　　　　$(243.61) | 2200-000 | | | $2,928.40 |
| 10/07/2021 | 3006 | United States Bankruptcy Court | Account Number: ; Claim #: ; Amount Claimed: 350.00; | 2700-000 | | $350.00 | $2,578.40 |
| 10/07/2021 | 3007 | Heritage Acceptance Corporation | Account Number: 6576; Claim #: 1; Amount Claimed: 5,323.01; | 7100-000 | | $380.22 | $2,198.18 |
| 10/07/2021 | 3008 | Indiana Department of Revenue | Account Number: 2707; Claim #: 2; Amount Claimed: 1,560.75; | 7100-000 | | $111.49 | $2,086.69 |
| 10/07/2021 | 3009 | One Advantage | Account Number: 0012; Claim #: 3; Amount Claimed: 12,277.27; | 7100-000 | | $876.98 | $1,209.71 |
| 10/07/2021 | 3010 | Quantum3 Group LLC as agent for | Account Number: 9150; Claim #: 4; Amount Claimed: 567.00; | 7100-000 | | $40.50 | $1,169.21 |
| 10/07/2021 | 3011 | AFS Acceptance LLC c/o | Account Number: 2570; Claim #: 5; Amount Claimed: 15,455.15; | 7100-000 | | $1,103.98 | $65.23 |
| 10/07/2021 | 3012 | National Credit Systems, Inc. | Account Number: 3642; Claim #: 6; Amount Claimed: 913.15; | 7100-000 | | $65.23 | $0.00 |
| 01/05/2022 | 3012 | STOP PAYMENT: National Credit Systems, Inc. | Account Number: 3642; Claim #: 6; Amount Claimed: 913.15; | 7100-004 | | ($65.23) | $65.23 |
| 01/05/2022 | 3013 | National Credit Systems, Inc. | Account Number: 3642; Claim #: 6; Amount Claimed: 913.15; | 7100-000 | | $65.23 | $0.00 |

|  | SUBTOTALS | $0.00 | $15,449.94 |
|---|---|---|---|

| Case No. | 20-31053-PES | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|
| Case Name: | POTTS, SHANAE DENISE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0358 | Checking Acct #: | ******0333 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/26/2020 | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 2/4/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $15,524.00 | $15,524.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,524.00 | $15,524.00 | |
| | | | Less: Payments to debtors | | $0.00 | $5,946.14 | |
| | | | Net | | $15,524.00 | $9,577.86 | |

| For the period of 6/26/2020 to 2/4/2022 | | For the entire history of the account between 08/31/2020 to 2/4/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,167.86 | Total Compensable Receipts: | $10,167.86 |
| Total Non-Compensable Receipts: | $5,946.14 | Total Non-Compensable Receipts: | $5,946.14 |
| Total Comp/Non Comp Receipts: | $16,114.00 | Total Comp/Non Comp Receipts: | $16,114.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,167.86 | Total Compensable Disbursements: | $10,167.86 |
| Total Non-Compensable Disbursements: | $5,946.14 | Total Non-Compensable Disbursements: | $5,946.14 |
| Total Comp/Non Comp Disbursements: | $16,114.00 | Total Comp/Non Comp Disbursements: | $16,114.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | |   | |
|---|---|---|---|
| **Case No.** | 20-31053-PES | **Trustee Name:** | Rebecca Hoyt Fischer |
| **Case Name:** | POTTS, SHANAE DENISE | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0358 | **Checking Acct #:** | ******0333 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 6/26/2020 | **Blanket bond (per case limit):** | $36,630,939.00 |
| **For Period Ending:** | 2/4/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $15,524.00 | $15,524.00 | $0.00 |

| For the period of 6/26/2020 to 2/4/2022 | | For the entire history of the case between 06/26/2020 to 2/4/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,167.86 | Total Compensable Receipts: | $10,167.86 |
| Total Non-Compensable Receipts: | $5,946.14 | Total Non-Compensable Receipts: | $5,946.14 |
| Total Comp/Non Comp Receipts: | $16,114.00 | Total Comp/Non Comp Receipts: | $16,114.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,167.86 | Total Compensable Disbursements: | $10,167.86 |
| Total Non-Compensable Disbursements: | $5,946.14 | Total Non-Compensable Disbursements: | $5,946.14 |
| Total Comp/Non Comp Disbursements: | $16,114.00 | Total Comp/Non Comp Disbursements: | $16,114.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ REBECCA HOYT FISCHER

REBECCA HOYT FISCHER